NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3127

KELLY S. JENNINGS,

Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in CB7521070026-T-1.

ON MOTION

## O R D E R

Kelly S. Jennings moves to compel the Merit Systems Protection Board to file a corrected certified index. The Social Security Administration moves for an extension of time to submit its response to the motion. Jennings also moves for extensions of time to file an opening brief.

The Board filed a corrected certified index on May 26, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to compel the Board to file a corrected certified list is moot.

(2)  The motions for extensions of time are granted. Jennings' brief is due within 30 days of the date of filing of this order.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc:  Kelly S. Jennings
     Austin M. Fulk, Esq.

JUN 09 2009

JAN HORBALY
CLERK